UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

GISTARVE RUFFIN,   )
          Petitioner,   )    3:07-cv–00528-LRH-RAM
vs.   )    **ORDER**
JIM BENEDETTI, *et al.*,   )
          Respondents.   )

Before the court is respondents' first motion for enlargement of time in which to file an answer or other response to the petition for writ of habeas corpus (docket #8). Good cause appearing,

**IT IS THEREFORE ORDERED** that respondents' motion is **GRANTED**. Respondents shall have up to and including August 22, 2008, in which to file and serve an answer or response to the petition for writ of habeas corpus.

DATED this 8th day of July, 2008.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE