AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*       DISTRICT OF   NEVADA

GISTARVE RUFFIN, JR.,

     Petitioner,        JUDGMENT IN A CIVIL CASE
V.

CASE NUMBER: **3:07-CV-00528-LRH-RAM**

JIM BENEDETTI, et al.,

     Respondents.

___  **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___  **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

_X_  **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that respondents' motion to dismiss (#10) is **GRANTED** and the petition is **DISMISSED** as successive. IT IS FURTHER ORDERED that petitioner is **DENIED** a certificate of appealability.

  February 2, 2009                                                **LANCE S. WILSON**
                                                                                   Clerk

                                                                          _D. R. Morgan_
                                                                            Deputy Clerk